IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JUANITA CARR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 12-CV-00020-DW-W ) |
| ENHANCED RECOVERY COMPANY, LLC, | ) ) |
| Defendant. | ) |

# ORDER

Before the Court is the Plaintiff's Notice of Dismissal With Prejudice (the "Notice"). See Doc. 4. The Notice dismisses this case with prejudice with each side to bear their own costs and attorneys' fees. Pursuant to the Notice, it is hereby

ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE, with each side to bear their own costs and attorneys' fees. See Fed. R. Civ. P. 41. The Clerk of Court shall mark this case as closed.

IT IS SO ORDERED.


Date: April 10, 2012  /s/ Dean Whipple
 Dean Whipple
 United States District Judge